**UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT**

January 15, 2010

**ERRATA**

**2007-5083**                                                    **Nebraska Public Power**

**Decided: January 12, 2010**                          **Precedential Opinion**

Please make the following changes to Judge Gajarsa's dissent:

On <u>page 7, line 14</u>, replace "their" with – its -- so that the sentence reads "Notwithstanding its cleverly worded...."

On <u>page 12, line 22</u>, replace "affects" with -- effects --.